Date: 09/29/10　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-11470 - SUGAR, ALEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090<br>(3-1) 28582137 | 000003 | 187.21 | 3.83 |
| ---------- Remittance Total -------------- #151058 | | 187.21 CK# 1004 | 3.83 |

*Mary Ann Rabin* (signature)
MARY ANN RABIN, Trustee

10 OCT -1 PM 12:29